**STATE of Missouri, Respondent,**

v.

**Richard IREY, Appellant.**

**No. WD 51909.**

Missouri Court of Appeals,
Western District.

May 6, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 1, 1997.

Application to Transfer Denied
Aug. 19, 1997.

Edward B. Rucker, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, Philip M. Koppe, Assistant Attorney General, Kansas City, for respondent.

Before ULRICH, C.J., P.J., and LOWENSTEIN and SPINDEN, JJ.

### ORDER

PER CURIAM:

Richard L. Irey, Sr. appeals his four convictions and consecutive sentences of twenty-five years imprisonment for sodomy, section 566.060, RSMo Cum.Supp.1993. Mr. Irey raises four points in his appeal. Because a published opinion would have no precedential value, the judgment is affirmed by this summary order. The parties have been furnished with a memorandum setting forth the court's reasoning. The judgment is affirmed. Rule 30.25(b).